# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

137416 & (21)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ANTONIO ROY HUNTER,
     Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137416
COA: 285529
St. Joseph CC: 01-010672-FC

_____/

     On order of the Court, the application for leave to appeal the September 8, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for miscellaneous relief is DENIED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

s0316

_____
Clerk